# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT J. ZONTA & ROSE ZONTA  
4102 TATUM ROAD  
ROCKFORD, IL  61114  

Case Number: 06-70151  
SSN-xxx-xx-0578 & xxx-xx-4272

Case filed on: 2/8/2006  
Plan Confirmed on: 5/12/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $51,450.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
| 011 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HERITAGE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | RMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | WFNNB | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT J. ZONTA | 0.00 | 0.00 | 1,436.84 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,436.84 | 0.00 |
| 001 | AMCORE BANK NA | 5,079.37 | 5,042.00 | 5,042.00 | 405.67 |
| 002 | LITTON LOAN SERVICING LP | 143,219.72 | 0.00 | 0.00 | 0.00 |
| 003 | LITTON LOAN SERVICING LP | 13,113.19 | 13,113.19 | 13,113.19 | 0.00 |
| 004 | VCH PORTFOLIO SERVICES | 6,733.40 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO AUTO FINANCE | 14,599.74 | 14,599.74 | 14,599.74 | 1,657.79 |
|  | Total Secured | 182,745.42 | 32,754.93 | 32,754.93 | 2,063.46 |
| 001 | AMCORE BANK NA | 0.00 | 37.37 | 37.37 | 0.00 |
| 005 | WELLS FARGO AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ANTHONY CALZARETTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BARBARA OLSON CENTER OF HOPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BERTRAM NANAYAKKARA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 1,703.76 | 1,703.76 | 1,703.76 | 0.00 |
| 012 | CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ERIE INS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ERIE INS EXCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECMC | 1,579.04 | 1,579.04 | 1,579.04 | 0.00 |
| 019 | JOSEPH DILIBERTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JOSEPH ZAKARIJA DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | KP COUNSELING | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MARIANNE GEIGER MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | OMNIA CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | OPEX | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ACCOUNT RECOVERY SERVICES INC | 500.20 | 500.20 | 500.20 | 0.00 |
| 027 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RICHARD BISCHOFF | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 520.50 | 520.50 | 520.50 | 0.00 |
| 031 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | JEFFERSON CAPITAL SYSTEMS, LLC | 138.60 | 138.60 | 138.60 | 0.00 |
| 034 | WORLD FINANCIAL NETWORK NATIONAL BANK | 501.22 | 501.22 | 501.22 | 0.00 |
| 035 | CREDITORS PROTECTION SERVICE, INC | 1,251.97 | 1,251.97 | 1,251.97 | 0.00 |
| 036 | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MUTUAL MANAGEMENT SERVICES | 449.16 | 449.16 | 449.16 | 0.00 |
| 038 | CAPITAL ONE | 2,847.58 | 2,847.58 | 2,847.58 | 0.00 |
|  | Total Unsecured | 9,492.03 | 9,529.40 | 9,529.40 | 0.00 |
|  | Grand Total: | 195,237.45 | 45,284.33 | 46,221.17 | 2,063.46 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $48,284.63 |
| Trustee Allowance: | $3,165.37 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                               /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009           By  /s/Heather M. Fagan